UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUARDO G. TORRES,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:23-cr-00052

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a two count Indictment. Count 1 charges him with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a)(e); count 2 charges defendant with interstate travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C.§ 2423(b). Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1) and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on May 18, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has not rebutted the statutory presumption of detention as to danger to the community. The Court also finds,

however, as explained on the record, that the government has met its burden by clear and convincing evidence that he poses a danger to the community. The Court further finds that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on May 18, 2023.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge